■ LORETTA V. COKE, Respondent, v PARK AVENUE AND SEVENTY-SEVENTH STREET CORPORATION, Appellant and Third-Party Plaintiff-Respondent-Appellant. SLADE ELEVATOR CORP., Third-Party Defendant-Appellant-Respondent.—Appeals from an order of the Supreme Court, Bronx County (Anita Florio, J.), entered on April 13, 1989, unanimously dismissed, without costs and without disbursements *(Matter of Aho,* 39 NY2d 241

[1976]). No opinion. Concur—Ross, J. P., Asch, Milonas, Kassal and Smith, JJ.